UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **20-20138-CR-RNS**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS DANIELS,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, THOMAS DANIELS, pursuant to F.R.Cr.P. 32(b) and 18 U.S.C. §3742, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment of conviction and sentence entered in the above-styled matter on October 18, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF this __25th__ day of October, 2022.

Respectfully submitted,

*/s/ /Edward J. O'Donnell, IV*
**EDWARD J. O'DONNELL, IV**
Florida Bar No. 111661
8101 Biscayne Boulevard
Suite 311
Miami, FL 33138
Tel: 305-573-1000
Fax: 305-573-9304
info@odonnellfirm.com
eod@odonnellfirm.com